**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

DIVISION 5, LLC,

                Plaintiff,         Civ. A. No. 1:24-cv-06870

                                       **EMERGENCY DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

       -against-

FORA FINANCIAL ADVANCE LLC,

                Defendant.

-------------------------------------------------------------------X

      I, JONATHAN E. NEUMAN, ESQ., declare pursuant to 28 U.S.C. §1746 as follows::

      1.     I am the attorney for the Plaintiff in the above-entitled action and am fully familiar with all of the facts and circumstances heretofore had herein. I make this emergency declaration in support of Plaintiff's instant motion for a preliminary injunction and for a temporary restraining order pending the determination of this motion.

      2.     No prior request for this relief has been made in any court.

      3.     As set forth in Plaintiff's accompanying declaration and as set forth more fully in the Complaint, as a result of Defendant's unlawful actions and actions in breach of their contract with Plaintiff, Plaintiff's business is set to be forcibly shut down at the end of the week due to a lack of any operating funds. Absent immediate intervention of this Court, Plaintiff will suffer irreparable harm.

      4.     Accordingly, Plaintiffs is in need of emergency temporary relief, specifically a temporary restraining order directing that Defendant is temporarily enjoined from issuing any UCC lien letters, and that any existing letters are null and void and must be withdrawn.

5. For the reasons set forth in the accompanying memorandum of law, it is respectfully submitted that Plaintiff has demonstrated a likelihood of success on the merits, irreparable injury, and a balance of the equities in favor of Plaintiff.

6. As there will be no costs or damages if an injunction is granted, it is respectfully submitted that there is no need for any security, which would be counterintuitive to the very relief being requested, especially since Plaintiff has no revenue as a result of Defendant's actions.

7. Finally, due to the exigent and emergency nature of the request, in that Plaintiff will be forced to shut down within days absent relief from the Court, and the fact that this emergency relief request is being filed with the Complaint, there is not sufficient time to put the Defendant on notice of the application.

This declaration is submitted pursuant to 28 U.S.C. §1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2024 in Fresh Meadows, New York.

                                                              /s/ Jonathan E. Neuman
                                                            JONATHAN E. NEUMAN, ESQ.