A Hach..C

## Fwd: Thought you'd like to know Conrad

Conrad Barker <conrad@division5ct.com>
Tue 6/27/2023 1:22 PM
To: Carmen Barker <Carmen@division5ct.com>

Get Outlook for iOS

---

**From:** Victor Dweck <victor@thebluelinecapitalgroup.com>
**Sent:** Tuesday, June 27, 2023 1:11 PM
**To:** Conrad Barker <conrad@division5ct.com>
**Cc:** Jerry Hopkins <jerry@bluelinecapitalgrp.com>
**Subject:** Re: Thought you'd like to know Conrad

Hi Conrad, great chatting with you.

Please use the link below to complete an application and I will work on it personally for you as soon as we receive it.

Click here to get started

Please also upload your Accounts Receivable using this link:

https://bluelinecapitalgroup.sharefile.com/filedrop

Cheers,

Victor Dweck
Co-founder
D: 908-433-5367
Blueline Capital Group
29 Broadway, New York, NY 10076


On Tue, Jun 27, 2023 at 11:49 AM Victor Dweck <victor@thebluelinecapitalgroup.com> wrote:
> Great, call me on 908-433-5367. I'm here.
>
> Best,
>
> Victor Dweck
> Co-founder
> D: 908-433-5367
> Blueline Capital Group
> 29 Broadway, New York, NY 10076

On Tue, Jun 27, 2023 at 11:48 AM Conrad Barker <conrad@division5ct.com> wrote:
> I'm available now
>
> Get Outlook for iOS
>
> ---
>
> **From:** Victor Dweck <victor@thebluelinecapitalgroup.com>
> **Sent:** Tuesday, June 27, 2023 11:43:37 AM
> **To:** Conrad Barker <conrad@division5ct.com>
> **Cc:** Victor Dweck <victor@bluelinecappartner.com>
> **Subject:** Re: Thought you'd like to know Conrad
>
> Hi Conrad. Sounds great. What's your schedule like today or tomorrow? I have available from 11am-2pm EST both days, except for 12pm-1215pm.
>
> Best,
>
> Victor Dweck
> Co-founder
> D: 908-433-5367
> Blueline Capital Group
> 29 Broadway, New York, NY 10076
>
>
> On Tue, Jun 27, 2023 at 11:10 AM Conrad Barker <conrad@division5ct.com> wrote:
>> Hi Victor, it's Conrad. Will like to have that chat. Thanks.
>>
>> Get Outlook for iOS
>>
>> ---
>>
>> **From:** Victor Dweck <victor@bluelinecappartner.com>
>> **Sent:** Tuesday, June 27, 2023 11:01:45 AM
>> **To:** Conrad Barker <conrad@division5ct.com>
>> **Subject:** Re: Thought you'd like to know Conrad
>>
>> Hey, I know you're busy, just making sure this email didn't get buried.
>>
>> Victor Dweck
>> Co-founder
>> Blueline Capital Group
>> D: 908-433-5367
>> 29 Broadway New York, NY 10006
>> On Wed, April 26, 2023 1:07 PM, Victor Dweck <victor@bluelinecappartner.com> wrote:
>>> Hi Conrad,
>>>
>>> How's life in Connecticut? Haven't been there since last year...

I wanted to reach out because we fund businesses whose privacy wasn't respected in previous deals like yours with capital for payroll, equipment, marketing, and more to grow business without being bothered by spam calls all day. Already funded $10m since April 1.

Someone filed a UCC-1 for Division 5 (meaning you secured a loan), and it's a public record. When we fund, we never file UCC's and we help you remove existing ones.

I would love to show you my plan for getting you options for growth and removed from annoying public lists.

Do you have some time this week for a quick chat?

Cheers,

Victor Dweck
Co-founder
Blueline Capital Group
D: 908-433-5367
29 Broadway New York, NY 10006

--
Victor Dweck
Co-founder
D: 908-433-5367
Blueline Capital Group
29 Broadway, New York, NY 10076