Alfred H.

RE: DIVISION 5, LLC

Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
Thu 6/6/2024 5:01 PM
To: Conrad Barker <conrad@division5ct.com>
Cc: Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>

Please send me the Promissory notes for the 2 loans

Thanks



**Sandra Grey-Smith** | Assistant Manager, Collections

T: 212 947 0100 ext. 617
E: Sandra.Grey-Smith@forafinancial.com





From: Conrad Barker <conrad@division5ct.com>
Sent: Tuesday, June 4, 2024 9:48 PM
To: Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
Subject: Re: DIVISION 5, LLC

**CAUTION: This email originated from outside of our organization. Do not click links, open attachments, or reply unless you recognize the sender's email address and know the content is safe.**



Hello Sandra., I wanted to let you know that two of the deposits were my wife's personal savings and not income deposits . So the monthly deposit will show to be $34,500 more than it really is.
I wanted to also explain that I haven't been receiving payments for the past three weeks so my accounts were exhausted hence my wife's money to cover payroll . As of today my Accounts Receivable if $690,00.00 however payments are slow.
Didn't want default on this weeks payments ( insufficient funds) so wanted to see if you will be able to catch up with next weeks payments.

I'll try calling tomorrow . Above fora stated in blue that I should reach out to them to try and work something out. I'm really having a cash flow problem now and I need all the help I can get .

Thanks Conrad Barker.
Division 5., LLC

Get Outlook for iOS

From: Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
Sent: Tuesday, June 4, 2024 4:52:18 PM
To: Conrad Barker <conrad@division5ct.com>
Cc: Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
Subject: DIVISION 5, LLC

Hello Conrad

A new reconciliation has been requested.
You will be advised of the result once completed.

Best

Sandra



**Sandra Grey-Smith** | Assistant Manager, Collections

T: 212 947 0100 ext. 617
E: Sandra.Grey-Smith@forafinancial.com

Refer a Business & Earn Up To $500 Click Here to Learn More
*Reminder: Stacking & working with debt consolidators is a breach of contract*
*Please note that Fora Financial DOES NOT work with debt consolidation/debt settlement companies or any company or companies working on their behalf. If you have retained a debt consolidation/debt settlement company to resolve your account with Fora Financial, please know that Fora Financial HAS NOT received, and WILL NOT accept, any monies from any debt consolidation/debt settlement company on your behalf. I encourage you to work with me directly in order to resolve your account, and avoid the costs and expenses associated with litigation.*



NOTICE: This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq and may contain information that is privileged, confidential, and/or proprietary. If you are not the intended recipient of this message, or if this message has been addressed to you in error, (i) you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and (ii) please immediately alert the sender by reply e-mail that you have received this message in error and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Attach H

## Good morning Sandra,

Conrad Barker <conrad@division5ct.com>
Tue 6/25/2024 9:14 AM

To:Sandra.Grey-Smith@forafinancial.com <Sandra.Grey-Smith@forafinancial.com>

   Hope all is well with you. Overall contracts have been down so smaller invoicing . Our projections for the next three months are low unless things changes dramatically  and we are given a few more significant jobs in the next week or so. Is there any other means , like a pause in billing or a loan to pay off the existing balance since it is smaller so as to reduce the weekly payments?
  Thanks Conrad.


Get Outlook for iOS