## RE: DIVISION 5, LLC / New Reconciliation

Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
Tue 7/16/2024 4:12 PM

To: Conrad Barker <conrad@division5ct.com>
Cc: Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>

Hey Conrad

I will see what can be done.
Please send us these 2 accounts for June x0185 and x6866.

Thank you!



**Sandra Grey-Smith** | Assistant Manager, Collections

T: 212 947 0100 ext. 617
E: Sandra.Grey-Smith@forafinancial.com





---

**From:** Conrad Barker <conrad@division5ct.com>
**Sent:** Tuesday, July 16, 2024 2:41 PM
**To:** Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
**Subject:** Re: DIVISION 5, LLC / New Reconciliation

**CAUTION: This email originated from outside of our organization. Do not click links, open attachments, or reply unless you recognize the sender's email address and know the content is safe.**

Hello Sandra,

  Wanted to know if you could hold off on payments for a while. Customers are slow to pay now and work has come to a slow in Connecticut construction.

Thank you, Conrad.

Get Outlook for iOS

**From:** Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
**Sent:** Tuesday, July 16, 2024 2:31:13 PM
**To:** Conrad Barker <conrad@division5ct.com>



## RE: DIVISION 5, LLC / New Reconciliation

**Conrad Barker** <conrad@division5ct.com>
Mon 7/29/2024 10:07 AM
To: Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>

Good Morning Sandra,

I received a voicemail over the weekend from Joe. I will give him a call later today.

I am updating you on the company's current financial situation.

We are facing some challenges keeping up with the weekly payment. We have been paying on this loan for about a year, and this is the first time we have missed our payment.

We do not have the funds to cover the payment, so the bank rejects the payment but still charges us a fee, which puts us in more debt.

We appreciate your understanding and patience during this period. If there are any specific steps or alternative arrangements, we can discuss to better manage this situation, please don't hesitate to let me know.

Thank you for your continued cooperation.

Conrad Barker
860-752-4127

**From:** Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
**Sent:** Tuesday, July 16, 2024 2:31 PM
**To:** Conrad Barker <conrad@division5ct.com>
**Cc:** Sandra Grey-Smith <Sandra.Grey-Smith@forafinancial.com>
**Subject:** DIVISION 5, LLC / New Reconciliation

Hello Conrad

Hoping you are well.
We received a return payment today
I will be requesting a new reconciliation at this time.
I will advise of the outcome.

Best

Sandra



**Sandra Grey-Smith** | Assistant Manager, Collections

T: 212 947 0100 ext. 617
E: Sandra.Grey-Smith@forafinancial.com