**EXHIBIT A**

**[FORM OF] ASSIGNMENT**

ASSIGNMENT, dated as of June 30th, 2023 (this "Assignment"), executed between Fora Financial Warehouse LLC, as Purchaser (the "Purchaser"), and Fora Financial Advance, LLC, as Seller (the "Seller").

W I T N E S S E T H

WHEREAS, the Purchaser and the Seller are parties to the Purchase and Sale Agreement, dated as of January 26, 2023 (as the same may be amended, supplemented or otherwise modified from time to time in accordance with the terms thereof, the "Purchase Agreement"), between the Purchaser and the Seller; and

WHEREAS, pursuant to the Purchase Agreement, the Seller wishes to sell Related Receivables and related Other Conveyed Property (as each such terms are defined in the Purchase Agreement) to the Purchaser hereunder.

NOW, THEREFORE, in consideration of the premises and the mutual agreements hereinafter contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Purchaser and the Seller, intending to be legally bound, hereby agree as follows:

1.      Definitions.  All terms defined in the Purchase Agreement (whether directly or by reference to other documents) and used herein shall have such defined meanings when used herein, unless otherwise defined herein.

"Cut-off Date" means, with respect to the Receivables and the related Other Conveyed Property being conveyed hereby, June 30th, 2023.

2.      Conveyance of Receivables. Subject to the conditions specified in Section 2.1 of the Purchase Agreement and subject to the mutually agreed upon terms contained in the Purchase Agreement, the Seller does hereby sell, transfer, assign, set over and–otherwise convey to the Purchaser, without recourse (subject to the obligations set forth herein and in the Purchase Agreement) all right, title and interest of the Seller in and to the following:

(a)      the Related Receivables listed on Schedule A to this Assignment and all monies received with respect to such Related Receivables on and after the related Cut-off Date;

(b)      all Collections (as defined in the Loan Agreement) and other monies due and to become due under the Portfolio Documents (or otherwise) related to the Related Receivables received on or after the date such Related Receivables were purchased by (or purportedly purchased by) the Purchaser under this Assignment (but solely to the extent such Collections and other monies relate to the Related Receivables purchased by (or purportedly purchased by) the Purchaser under this Assignment);

Exhibit A - 1

(c)    all items required to be contained in the related Portfolio Documents and any and all other documents or electronic records that the Seller or the Servicer keeps on file in accordance with its customary procedures relating to such Related Receivables or the related Account Obligor (as defined in the Loan Agreement);

(d)    all property (including the right to receive future liquidation proceeds) that secures the Related Receivables and that has been acquired by or on behalf of the Purchaser pursuant to the liquidation of such Related Receivables;

(e)    any and all security interests or liens and property subject thereto from time to time securing or purporting to secure payment of such Related Receivables;

(f)    all guarantees, indemnitees, warranties, letters of credit, insurance policies and proceeds and premium refunds thereof and other agreements or arrangements of whatever character from time to time supporting or securing payment of such Related Receivables; and

(g)    all present and future rights, claims, demands, causes and choses in action in respect of any or all of the foregoing and all payments on or under and all proceeds and investments of any kind and nature in respect of any of the foregoing.

3.    <u>Restatement of Representations and Warranties of Seller</u>.  The Seller hereby restates the representations and warranties set forth in <u>Sections 3.1</u> of the Purchase Agreement (with respect to the Related Receivables specified in the attached addendum to the Schedule of Receivables attached as <u>Schedule A</u> hereto) with full force and effect as if the same were fully set forth herein.  The Seller hereby certifies that all conditions precedent set forth in <u>Section 2.1(b)</u> of the Purchase Agreement have been satisfied.

4.    <u>Restatement of Representations and Warranties of Purchaser</u>.  The Purchaser hereby restates the representations and warranties set forth in <u>Section 4.1</u> of the Purchase Agreement with full force and effect as if the same were fully set forth herein.  The Purchaser hereby certifies that all conditions precedent set forth <u>Section 2.1(b)</u> of the Purchase Agreement have been satisfied.

5.    <u>Transfer and Assignment Sale of Receivables</u>.  The Seller hereby certifies that the Related Receivables and Other Conveyed Property transferred to the Purchaser hereunder are free and clear of all Liens (as defined in the Loan Agreement) (other than Permitted Liens (as defined in the Loan Agreement)) and that the beneficial interest in and title to such Related Receivables and Other Conveyed Property shall not be part of the Seller's estate in the event of the filing of a bankruptcy petition by or against the Seller under any bankruptcy law.  In the event that, notwithstanding the intent of the Seller, the transfer and assignment contemplated hereby and under the Purchase Agreement is held not to be a sale, the transfer and assignment of such Related Receivables and Other Conveyed Property hereunder shall constitute, and the Seller hereby grants to the Purchaser, to secure its obligations hereunder, a security interest in the property referred to in <u>Section 2</u> above, which security interest has been assigned to the Agent, on behalf of the Agent and the Lenders (and their successors and assigns), and this Assignment and the Purchase Agreement shall each constitute a security agreement under Applicable Law.

Exhibit A - 2

6.    <u>Further Encumbrance of Receivables and Other Conveyed Property</u>.

(a)    Immediately upon the conveyance to the Purchaser by the Seller of the Related Receivables and any item of related Other Conveyed Property pursuant to <u>Section 2</u> above, and the payment by the Purchaser of the Purchase Price, all right, title and interest of the Seller in and to such Related Receivables and Other Conveyed Property shall terminate and all such right, title and interest shall vest in the Purchaser.

(b)    Immediately upon the vesting of such Related Receivables and Other Conveyed Property in the Purchaser, the Purchaser shall have assumed the sole right to pledge or otherwise encumber such Related Receivables and related Other Conveyed Property.

7.    <u>Counterparts</u>.  This Assignment may be executed in two or more counterparts, each of which shall be an original, but all of which together shall constitute one and the same instrument.

8.    <u>Governing Law</u>.    THIS ASSIGNMENT SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, WITHOUT REFERENCE TO ITS CONFLICT OF LAW PROVISIONS (OTHER THAN SECTION 5-1401 OF THE GENERAL OBLIGATIONS LAW), AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE PARTIES HEREUNDER SHALL BE DETERMINED IN ACCORDANCE WITH SUCH LAWS.

Exhibit A - 3

48260811.2

IN WITNESS WHEREOF, the undersigned have caused this Assignment to be duly executed and delivered on the day and year first above written.

**FORA FINANCIAL WAREHOUSE LLC**,
as Purchaser

By: _____
     Andrew Gutman
     Chief Operating Officer


**FORA FINANCIAL ADVANCE LLC**,
as Seller

By: _____
     Andrew Gutman
     Chief Operating Officer

Exhibit A - 4

48260811.2