UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIVISION 5, LLC,

                  Plaintiff,

-v-

FORA FINANCIAL ADVANCE LLC,
                  Defendant.

24-CV-6870 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    For reasons to be stated in a forthcoming opinion, Plaintiff's motion for a preliminary injunction (ECF No. 5) is GRANTED. During the pendency of this action, or any arbitration proceedings, Defendant is enjoined from issuing any UCC lien letters to any of Plaintiffs customers or to any other third party that might be holding assets belonging to or owed to Plaintiff, and Defendant is directed to withdraw any lien letter previously sent, any such lien letter being null and void. Defendant is likewise enjoined from employing any methods of enforcement or collection of any debt allegedly owed by Plaintiff to Defendant, including but not limited to UCC liens. Should the parties proceed in this action through binding arbitration, a duly appointed arbitrator or arbitral panel shall have the authority to modify or dissolve this injunction. This injunction is subject to modification by subsequent court order on a showing of good cause.

    As discussed in the telephone conference on October 11, 2024, Plaintiff's counsel is directed to promptly alert the Court via letter should Plaintiff's business cease operating.

    SO ORDERED.

Dated: October 11, 2024
       New York, New York

                                          _____
                                              J. PAUL OETKEN
                                            United States District Judge