UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIVISION 5, LLC,

                    Plaintiff,

-v-

FORA FINANCIAL ADVANCE LLC,

                    Defendant.

24-CV-6870 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is discontinued without prejudice and without costs; provided, however, that within 60 days after the date of this Order, (1) the Plaintiff may apply by letter motion to reopen this action if the settlement is not consummated, and (2) the parties may submit their own stipulation of settlement and dismissal for the Court to so-order. If no application to reopen is filed within 60 days, then (1) all claims in this case shall be deemed dismissed with prejudice (unless otherwise specified in the parties' stipulation of dismissal), and (2) any application to reopen will be denied as untimely.

    Per the parties' request (ECF No. 37), the Court's previous orders granting Plaintiffs' request for a preliminary injunction (ECF Nos. 27 and 31) are VACATED AS MOOT.

    Any currently scheduled conferences and deadlines are adjourned *sine die*. The Clerk of Court is directed to terminate all pending motions and close this case.

    SO ORDERED.

Dated: July 14, 2025
       New York, New York

                                                  J. PAUL OETKEN
                                                 United States District Judge